NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CELLSPIN SOFT, INC.,**
*Plaintiff-Appellant*

**v.**

**FITBIT LLC, NIKE, INC., UNDER ARMOUR, INC., FOSSIL GROUP, INC., MISFIT, INC., NIKON AMERICAS, INC., NIKON INC., GARMIN INTERNATIONAL, INC., GARMIN USA, INC.,**
*Defendants-Appellees*

---

2022-2025, 2022-2028, 2022-2029, 2022-2030, 2022-2032, 2022-2037

---

Appeals from the United States District Court for the Northern District of California in Nos. 4:17-cv-05928-YGR, 4:17-cv-05931-YGR, 4:17-cv-05932-YGR, 4:17-cv-05933-YGR, 4:17-cv-05934-YGR, and 4:17-cv-05936-YGR, Judge Yvonne Gonzalez Rogers.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Appellees' unopposed motion for an extension of time until March 27, 2023, to file their response briefs,

IT IS ORDERED THAT:

The motion is granted to the extent that the response briefs are due no later than March 27, 2023.

FOR THE COURT

January 18, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court