

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW  
CLERK OF COURT

CLERK'S OFFICE  
202-275-8000

July 19, 2023

2022-2025 - Cellspin Soft, Inc. v. Fitbit LLC

# NOTICE OF NON-COMPLIANCE

The documents (Corrected Confidential and Nonconfidential Appendix) submitted by Cellspin Soft, Inc. are not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit corrected versions of these documents correcting the following:

- The filings are not completely text-searchable. When refiling corrected versions of these documents, please make the document text-searchable in its entirety. Fed. Cir. R. 25(a)(1)(A). Refer to the court's [Electronic Filing Procedures](#) ("Portable Document Format (PDF)").

<u>Nonconfidential Appendix</u>

- The nonconfidential version must describe the general nature of the confidential material that has been deleted, with applicable page numbers, in the table of contents, or in the introductory paragraph of the document if it does not contain a table of contents. Fed. Cir. R. 25.1(e)(1)(B). Refer to the Practice Notes to Rule 25.1 (Describing the General Nature of Confidential Material Deleted from the Nonconfidential Version).

- Other marks must be redacted from the appendix to avoid confusion with the appendix page number. Fed. Cir. R. 30(c)(2).

    *[Clerk's Note: Page numbers after Appx4938 and before Appx8011 are not visible.]*

- Pages of the nonconfidential version containing redactions must bear a legend so stating. Fed. Cir. R. 25.1(e)(1)(B). Refer to the Practice Notes to Rule 25.1 (Noting Redactions in the Nonconfidential Version).

    *[Clerk's Note: Legend not on all pages containing redactions (e.g. Appx9578)]*

Confidential Appendix

- Confidential material must be identified by using brackets or highlighting. Fed. Cir. R. 25.1(e)(1)(A). Refer to the Practice Notes to Rule 25.1 (Noting Confidential Material in the Confidential Version; Record Material That Exists in Two Versions).

  *[Clerk's Note: Confidential material not fully highlighted e.g. Appx9578, Appx015743. The filer must ensure that highlighting not be confused with other identifiers elsewhere in the document (e.g. Appx11222)]*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

                FOR THE COURT

                <u>/s/ Jarrett B. Perlow</u>
                Jarrett B. Perlow
                Clerk of Court
                By: K. Heidrick, Deputy Clerk