

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW  
CLERK OF COURT

CLERK'S OFFICE  
202-275-8000

August 9, 2023

2022-2025 - Cellspin Soft, Inc. v. Fitbit LLC

# NOTICE OF NON-COMPLIANCE

The documents (Corrected Confidential and Nonconfidential Appendix) submitted by Cellspin Soft, Inc. are not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit corrected versions of these documents correcting the following:

- Confidential material must be identified by using brackets or highlighting. Fed. Cir. R. 25.1(e)(1)(A). Refer to the Practice Notes to Rule 25.1 (Noting Confidential Material in the Confidential Version; Record Material That Exists in Two Versions).

  *[Clerk's Note: All volumes of the appendix must be reviewed to ensure that highlighting and redactions match between the two versions. Please also ensure that highlighting will not be confused with other identifiers elsewhere in the document.]*

- Nonconfidential Appendix Vol. I appears to include the wrong pages. The pages start at Appx14574.

- The filing is not completely text-searchable. When refiling a corrected version of this document, please make the document text-searchable in its entirety. Fed. Cir. R. 25(a)(1)(A). Refer to the court's [Electronic Filing Procedures](#) ("Portable Document Format (PDF)").

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

<u>/s/ Jarrett B. Perlow</u>
Jarrett B. Perlow
Clerk of Court
By: K. Heidrick, Deputy Clerk