NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CELLSPIN SOFT, INC.,**
*Plaintiff-Appellant*

**v.**

**FITBIT LLC, NIKE, INC., UNDER ARMOUR, INC., FOSSIL GROUP, INC., MISFIT, INC., NIKON AMERICAS, INC., NIKON INC., GARMIN INTERNATIONAL, INC., GARMIN USA, INC.,**
*Defendants-Appellees*

---

2022-2025, 2022-2028, 2022-2029, 2022-2030, 2022-2032, 2022-2037

---

Appeals from the United States District Court for the Northern District of California in Nos. 4:17-cv-05928-YGR, 4:17-cv-05931-YGR, 4:17-cv-05932-YGR, 4:17-cv-05933-YGR, 4:17-cv-05934-YGR, 4:17-cv-05936-YGR, Judge Yvonne Gonzalez Rogers.

---

**SUA SPONTE**

---

PER CURIAM.

**O R D E R**

IT IS ORDERED THAT:

At oral argument scheduled for October 7, 2024, in addition to the merits of the appeal, the parties should be prepared to address what appears to be an absence of final judgment affecting this court's jurisdiction in two of the six consolidated cases: *Cellspin Soft, Inc. v. Fitbit, LLC*, No. 22-2025; and *Cellspin Soft, Inc. v. Fossil Group, Inc.*, No. 22-2030. Specifically, it appears that the district court did not adjudicate, resolve, or dismiss pending counterclaims of invalidity from Fitbit, LLC (in No. 22-2025) and Fossil Group, Inc. and Misfit Inc. (in No. 22-2030). The relevant and affected parties should be prepared to address: (1) whether the district court adjudicated, resolved, or dismissed the counterclaims of invalidity; (2) if the district court did not adjudicate, resolve, or dismiss these counterclaims, whether there is an absence of final judgment that prevents this court from exercising jurisdiction over the relevant appeals, *see* 28 U.S.C. § 1295(a)(1); *Pandrol USA, LP v. Airboss Ry. Prods., Inc.*, 320 F.3d 1354, 1362 (Fed. Cir. 2003); and (3) if the court lacks jurisdiction due to an absence of final judgment, what next steps are appropriate, potentially including dismissal and reinstatement of the relevant appeals upon curing any jurisdictional defects, *see* *ParkerVision, Inc. v. Qualcomm Inc.*, No. 22-1755, 2024 WL 4094640, at *5 (Fed. Cir. Sept. 6, 2024).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

September 19, 2024
Date